### SMITH v. STATE.
### No. 18624.

Court of Criminal Appeals of Texas.

Dec. 2, 1936.

Wuntch & Bindler, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

The record is before us without statement of facts or bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.